IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

SENETTA JONES, §
 §
      Plaintiff, §
 §
v. § 2:08-CV-0099
 §
MICHAEL J. ASTRUE, §
Commissioner, §
Social Security Administration, §
 §
      Defendant. §

### ORDER ADOPTING REPORT AND RECOMMENDATION, REVERSING THE DECISION OF THE COMMISSIONER, and REMANDING FOR FURTHER ADMINISTRATIVE PROCEEDINGS

Came for consideration plaintiff's appeal of the decision of the Commissioner of Social Security denying plaintiff disability benefits. The United States Magistrate Judge entered a Report and Recommendation on October 13, 2010, recommending therein that the decision of the Commissioner be reversed and the case remanded to the Commissioner for further administrative action. On October 18, 2010, defendant gave notice that he does not object to the decision made in the Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case. The Report and Recommendation of the United States Magistrate Judge is hereby ADOPTED. Accordingly, the Commissioner's administrative decision denying plaintiff benefits is REVERSED, and the decision is REMANDED to the Commissioner for further administrative proceedings consistent with the Report and Recommendation of the Magistrate Judge, including but not limited to all action specified and recommended to be taken on remand.

IT IS SO ORDERED.

ENTERED this 19th day of October 2010.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE